YOSHI OGINO v. BERNARD C. BLACK et al.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 146.]

YOSHI OGINO v. BERNARD C. BLACK et al.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p, 146.]

### (June 6, 1951.)

In the Matter of 181 RESTAURANT CORP., Petitioner, against JOHN F. O'CONNELL et al., Individually and as Members of the State Liquor Authority, Respondents.— Determination unanimously confirmed, with $50 costs and disbursements to the respondents. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

### (June 7, 1951.)

ACME TILE & MARBLE Co., INC., Respondent, v. MARIO GONZALEZ, Appellant, et al., Defendants.— Order unanimously affirmed, with $10 costs and disbursements, and the parties are directed to proceed to immediate trial. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

### (June 12, 1951.)

In the Matter of the Arbitration between IRVING WEISLER, as President of Metal Production and Novelty Workers Union, Local 28-A, A. F. of L., Respondent, and SIDNEY V. BURNS et al., Copartners Doing Business under the Name of C. B. MANUFACTURING COMPANY, Respondents-Appellants. SOPHIE SCHWICK et al., Appellants.

Order affirmed, with $20 costs and disbursements to the petitioner-respondent.

DORE, J. (dissenting). The original election in the Broome Street plant was held on May 18, 1950, and under the one-year rule application could be made on or after May 18, 1951, to have an election for the purpose of deauthorizing or decertifying (13th Annual Report of National Labor Relations Bd, p. 30: *Matter of Riverpoint Finishing Co.* [*United Textile Workers*], 77 N. L. R. B. 1048). In the *Riverpoint* case the National Labor Relations Board said (p. 1049): " Where a new plant and new employees are involved, even where there is an existing contract and no dispute as to the unit, the Board